1542

*Friday, June 16, 1995*

# MOTION DOCKET

**95–1153.** Potocnik v. Sifco Industries, Inc. *Cuyahoga County,* No. 66668. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's motion for stay of execution of judgment,

IT IS ORDERED by the court that the motion for stay of execution of judgment be, and hereby is, granted, effective June 14, 1995.

IT IS FURTHER ORDERED by the court that the appeal bond of $300,000 previously set by this court in case No. 95–944 shall be applicable to this appeal.

IT IS FURTHER ORDERED by the court that appellant shall file said bond in accordance with App.R. 7(B) and shall notify this court when bond has been posted as ordered.

# MISCELLANEOUS DISMISSALS

**95–932.** State ex rel. Bailey v. Ohio Dept. of Rehab. & Corr. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application to dismiss,

IT IS ORDERED by the court that the application to dismiss be, and hereby is, granted, effective June 15, 1995.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Tuesday, June 20, 1995*

# MISCELLANEOUS DISMISSALS

**95–520.** Schmidt v. Tracy. Board of Tax Appeals, No. 94–R–697. This cause is pending before the court as an appeal from the Board of Tax Appeals. Appellant's merit brief was due June 12, 1995. It appears from the records of this court that appellant has not filed a merit brief in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte,* effective June 15, 1995.

**95–593.** State ex rel. Church of the Living Savior v. State. *Franklin County,* No. 93APD12–1662. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Appellant's merit brief was due June 12, 1995. It appears from the records of this court that appellant has not filed a merit brief in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte,* effective June 15, 1995.

**95–786.** State ex rel. Jackson v. Gaul. *Cuyahoga County,* No. 68578. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Appellant's merit brief was due June 14, 1995. It appears from the records of this court that appellant has not filed a merit brief in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte,* effective June 16, 1995.